WR-83,996-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/9/2015 7:05:56 PM
Accepted 10/12/2015 3:55:24 PM
ABEL ACOSTA
CLERK

NO. _____

| | | | |
|---|---|---|---|
| | § | **IN THE COURT OF** | RECEIVED<br>COURT OF CRIMINAL APPEALS<br>10/12/2015<br>ABEL ACOSTA, CLERK |
| **IN RE** | § | | |
| **SYLVIA MARTINEZ** | § | **CRIMINAL APPEALS** | |
| | § | | |
| | § | **AUSTIN, TEXAS** | |

### MOTION FOR LEAVE TO FILE AN
### ORIGINAL PETITION FOR WRIT OF MANDAMUS

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

NOW COMES, the Bexar County District Attorney's office and, pursuant to Rule 72.1 of the Texas Rules of Appellate Procedure, files this motion for leave to file an original petition for writ of mandamus and in support thereof would respectfully show the Court as follows:

**I.**

The underlying action is the trial court's refusal to issue a pre-trial writ of habeas corpus application, collaterally attacking *State of Texas v. Sylvia Martinez*, Cause Number 2014CR1384, from the 187th District Court of Bexar County. The writ application was heard by the trial court on June 8, 2015, the same day the case was set for trial. After the trial court refused to issue the writ, Martinez filed a

1

petition for writ of mandamus in the Fourth Court of Appeals arguing that the trial court had a ministerial duty to issue the writ.

On August 26, 2015, in an opinion authored by the Honorable Justice Jason Pulliam, a three judge panel of the Fourth Court of Appeals conditionally granted the writ of mandamus concluding that Judge Hilbig had a ministerial duty to rule on Martinez's writ application and that she did not have an adequate remedy at law. *See In re Martinez*, No. 04-15-00348-CR at \*5 (Tex. App.—San Antonio, August 26, 2015) (orig. proceeding). In a separate order, the Fourth Court of Appeals gave Judge Hilbig 14 days in which to rule on the writ or provide Martinez enough time to file her application in another court. The State of Texas now seeks mandamus review of that opinion and order.

## II.

The issue in the instant matter involves the Fourth Court's failing to follow its prior precedent and essentially forcing the trial court to create an appealable order on the eve of trial.

2

WHEREFORE, PREMISES CONSIDERED, the Bexar County Criminal District Attorney's Office requests that this Court grant leave for the filing and consideration of its Petition for Wirt of Mandamus.

Respectfully submitted,

**NICHOLAS "NICO" LAHOOD**
Criminal District Attorney
Bexar County, Texas


/S/ LAUREN SCOTT

_____

**Lauren A. Scott**
Assistant District Attorney
State Bar No. 24066843
101 W. Nueva
San Antonio, Texas 78205
210-335-2885
Email: lscott@bexar.org

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been served on the counsel of record by electronic mail on October 9, 2015.

Chad P. Van Brunt
State Bar No. 24070784

Angela Moore
State Bar No. 14320110
310 S. St. Mary's Street, Suite 1830
San Antonio, Texas 78205

/s/ Lauren A. Scott

_____

**Lauren A. Scott**